# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDMOND L. RAMSEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-1346-D |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs, appearing pro se, brought this action under 42 U.S.C. §1983 for alleged violations of their constitutional rights. The matter was referred to United States Magistrate Judge Bernard M. Jones for initial proceedings in accordance with 28 U.S.C. §§ 636(b)(1)(B), (C). On February 13, 2018, Judge Jones filed his Report and Recommendation ("R&R") [Doc. No. 10] in which he recommended that Plaintiffs' action be dismissed without prejudice for failure to submit a complaint on the proper form, pay the $400 filing fee or seek leave to proceed in forma pauperis, or notify the Court of their current addresses. *Id*. at 2.

The R&R advised Plaintiffs of the right to file objections to the same and directed the parties to file any objections no later than March 6, 2018. *Id*. at 3. It further warned the parties that failure to timely object would constitute a waiver of the right to appellate review of the factual and legal issues addressed therein. *Id*. The deadline for filing objections has expired and to date, Plaintiffs have neither filed

objections to the R&R nor sought an extension of time to do so. Accordingly, the Report and Recommendation [Doc. No. 14] is **ADOPTED** as though fully set forth herein.

**IT IS SO ORDERED** this 8th day of March 2018.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE